# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L&S PIZZA, INC., dba MOUNTAIN MIKE'S PIZZA, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00549-DAD-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 6) |

On May 18, 2021, a stipulation was filed agreeing to allow Defendant L&S Pizza, Inc., dba Mountain Mike's Pizza, until June 29, 2021, to file a responsive pleading in this action. (ECF No. 6.) The Court finds good cause to approve the request based on the parties' stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant L&S Pizza, Inc., dba Mountain Mike's Pizza, to file a responsive pleading shall be extended until June 29, 2021.

IT IS SO ORDERED.

Dated: __May 19, 2021__　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1