# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE TRUJILLO, | Case No. 1:21-cv-00549-DAD-SAB |
|---|---|
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUING SCHEDULING CONFERENCE TO SEPTEMBER 14, 2021 |
| v. | |
| L&S PIZZA, INC., et al., | |
| Defendants. | (ECF No. 8) |

On July 2, 2021, a stipulation was filed for a second extension of time for L&S Pizza, Inc. and a first extension for Lorraine Solgaard Family Limited Partnership to respond to Jose Trujillo's complaint.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants shall file a responsive pleading on or before **July 13, 2021;**
2. The scheduling conference set for July 13, 2021, is CONTINUED to **September 14, 2021 at 11:30 a.m.;** and
3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **July 6, 2021**

UNITED STATES MAGISTRATE JUDGE

1